| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Daniel Srourian, Esq. (SBN 285678)<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd. Suite 1710<br>Los Angeles, California 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>Email:  daniel@slfla.com | |

ATTORNEY(S) FOR:  R.S.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>PRIME HEALTHCARE SERVICES, INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:24-cv-00330<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ R.S. _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| R.S. | Plaintiff |
| Prime Healthcare Services, Inc. | Defendant |

| | |
|---|---|
| February 8, 2024 | /s/ Daniel Srourian |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff R.S.