UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 24-00330-ODW(SP) | Date | February 12, 2024 |
|---|---|---|---|
| Title | R. S. v. Prime Healthcare Services, Inc. | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **MINUTE ORDER (IN CHAMBERS)**

This action has been assigned to the calendar of Judge Otis D. Wright II.
**\*\*\* EFFECTIVE IMMEDIATELY\*\*\***
**No mandatory chambers copies required, EXCEPT FOR motions for summary judgment and any other evidence-heavy motions.**

**Counsel are STRONGLY encouraged to review the Central District's website for additional information. The address is "http://www.cacd.uscourts.gov."**

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions on Mondays, Criminal at 10:00 a.m. and Civil at 1:30 p.m.

The Court's Electronic Document Submission System (EDSS) allows people without lawyers who have pending cases in the United States District Court for the Central District of California to submit documents electronically to the Clerk's Office. To access EDSS and for additional information, visit the Court's website at "http://apps.cacd.uscourts.gov/edss."

**The parties may consent to proceed before a Magistrate Judge appearing on the voluntary consent list.**

**PLEASE refer to Local Rule 79-5 for the submission of CIVIL ONLY SEALED DOCUMENTS.**

**CRIMINAL SEALED DOCUMENTS, will remain the same**: all proposed sealed documents must be submitted via e-mail to the Judge's Chambers email address at ODW_chambers@cacd.uscourts.gov, excluding those submitted by pro se parties and "IN CAMERA" filings, which shall continue to comply with Local Rule 79-5.1. Please refer to the Judge's procedures and schedules for detailed instructions for submission of sealed documents.

**\*\* ATTENTION ECF Attorneys---Chambers Email Addresses are available under your Utilities menu. \*\***

| | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |

Rev-2022