# United States District Court
# Central District of California

| | |
|---|---|
| R. S.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIME HEALTHCARE SERVICE, INC.,<br><br>　　　　　　Defendant. | Case № 5:24-cv-00330-ODW (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**