1  Matthew J. Langley (SBN 342286)
   **ALMEIDA LAW GROUP LLC**
2  849 W. Webster Avenue
   Chicago, Illinois 60614
3  t: 773-554-9354
   matt@almeidalawgroup.com
4
   John R. Parker, Jr. (SBN 257761)
5  **ALMEIDA LAW GROUP LLC**
   3550 Watt Avenue, Suite 140
6  Sacramento, California 95608
   T: 916-616-2936
7  jrparker@almeidalawgroup.com

8  *Attorney for Plaintiff & the Putative Class*

9  Raymond O. Aghaian (SBN 218294)
   *raghaian@bakerlaw.com*
10 **BAKER & HOSTETLER LLP**
   1900 Avenue of the Stars, Suite 2700
11 Los Angeles, CA  90067
   Telephone:  310.820.8800
12 Facsimile:   310.820.8859

13 Sarah A. Ballard (*pro hac vice*)
   *sballard@bakerlaw.com*
14 **BAKER & HOSTETLER LLP**
   1801 California Street, Suite 4400
15 Denver, CO  80202
   Telephone:  303.861.0600
16 Facsimile:   303.861.7805

17 *Attorneys for Defendant*
   PRIME HEALTHCARE SERVICES, INC.
18

19          **IN THE UNITED STATES DISTRICT COURT**

20          **CENTRAL DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| R.S., individually and on behalf of all others similarly situated, | Case No.: 5:24-cv-00330-ODW-SP |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | [*Filed with Proposed Order*] |
| PRIME HEALTHCARE SERVICES, INC., | Complaint served:   03/04/2024 |
| Defendant. | Judge:          Otis D. Wright II |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE:**

Plaintiff R.S. ("Plaintiff") and Defendant Prime Healthcare Services ("Defendant") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, and, being all of the parties to this action, hereby jointly stipulate and agree that this action, and each and every claim asserted therein, shall be and hereby is DISMISSED WITH PREJUDICE as to the named Plaintiff R.S. and without prejudice as to the claims of the putative class members pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his/its own costs, expenses, and fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  February 16, 2026       **BAKER & HOSTETLER LLP**

By:  /s/ Raymond O. Aghaian
RAYMOND O. AGHAIAN

*Attorney for Defendant*
PRIME HEALTHCARE SERVICES, INC.

Dated:  February 16, 2026       **ALMEIDA LAW GROUP LLC**

By:  /s/ Matthew J. Langley
MATTHEW J. LANGLEY

*Attorney for Plaintiff*
R.S. AND THE PUTATIVE CLASS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

### **LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

3      I, Raymond O. Aghaian, hereby attest that the other signature listed, Matthew

4  J. Langley, on whose behalf the Stipulation is submitted, concurs in the Stipulation's

5  content and has authorized its filing.

6

7

8                                              */s/ Raymond O. Aghaian*

9                                              Raymond O. Aghaian

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES