**JS-6**

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIME HEALTHCARE SERVICES, INC.,<br><br>    Defendant. | Case No.:  5:24-cv-00330-ODW-SP<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>[*Filed concurrently with Stipulation*]<br><br>Complaint served:        03/04/2024<br><br>Judge:        Otis D. Wright II |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

The Court, having considered the Stipulation of Dismissal of Entire Action with Prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) ("Stipulation"), filed by Plaintiff R.S. ("Plaintiff") and Defendant Prime Healthcare Services, Inc. ("Defendant"), and for good cause shown, rules as follows: Good cause appearing, the Parties' Stipulation is approved.  The entire action, including all claims and causes of action, is hereby dismissed with prejudice as to the named Plaintiffs and without prejudice as to the claims of the putative class, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  February 17, 2026    _____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
CASE NO. 5:24-cv-00330-ODW-SP